UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00336

**Octavia Thomas,**
*Plaintiff,*

v.

**Elissa Hugman,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER AND FINAL JUDGMENT

This is a prisoner civil rights case arising under 42 U.S.C. § 1983. Before the court is the report and recommendation of United States Magistrate Judge John D. Love, issued pursuant to 28 U.S.C. § 1915A. Doc. 8. Having reviewed the magistrate judge's report, and there being no objections thereto, the court now **adopts** the report as the opinion of the court.

The court hereby enters final judgment. All claims in this matter are **dismissed** with prejudice for purposes of proceeding *in forma pauperis*. It is hereby **ordered** that plaintiff shall take nothing by this action. Any pending motions in this case are hereby **denied**. The clerk of the court is **directed** to close this case.

*So ordered by the court on October 15, 2019.*

J. CAMPBELL BARKER
United States District Judge